# Order

Michigan Supreme Court
Lansing, Michigan

December 14, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133626
133627

TRENDA JONES, Successor
Personal Representative of the
Estate of Jamar Cortez Jones,
Deceased,
            Plaintiff-Appellant,

and

BOOKER T. JONES and
MARGARET A. JONES,
Co-Personal Representatives
of the Estate of Jamar Cortez
Jones, Deceased,

           Plaintiffs,

v

DETROIT MEDICAL CENTER
and SINAI GRACE HOSPITAL,
           Defendants-Appellees,

and

DANNY F. WATSON, M.D., and
WILLIAM M. LEUCHTER, P.C.,
           Defendants.

SC: 133626, 133627
COA: 262343, 262347
Wayne CC: 03-327528-NH

_____/

     By order of September 24, 2007, the application for leave to appeal the January 4, 2007 judgment of the Court of Appeals was held in abeyance pending the decision in *Mullins v St Joseph Mercy Hosp* (Docket No. 131879). On order of the Court, the case having been decided on November 28, 2007, ___ Mich ___ (2007), the application is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, REINSTATE the order of the

Wayne Circuit Court denying the defendants' motion for summary disposition, and REMAND this case to the Wayne Circuit Court for further proceedings not inconsistent with this order and the order in *Mullins*. In all other respects, leave to appeal is DENIED because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2007

Clerk